**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00611-CV

_____

**PATRICIA DEVERS, Appellant**

**V.**

**U.S. BANK N.A., ET AL, Appellee**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1109429**

## ORDER

The trial court signed the final judgment in this case on June 26, 2018. On July 26, 2018, Patricia Devers filed a pro se letter in the trial court entitled "Request for Appeal." The letter states in relevant part:

> This is a formal appeal for the small claims case named above. The court has ordered an eviction of Robert Williams and all occupants of 6226 Shady Timbers Drive, Houston, Texas 77016 to which Mr. Williams would like to appeal so that he may stay in the State of Texas. He feels the judgment was made in error and would like to appeal the decision made.

A pro se party cannot file a notice of appeal on behalf of another person. *Paselk v. Rabun*, 293 S.W.3d 600, 605 (Tex. App.—Texarkana 2009, no pet.). We notified the parties on September 4, 2018, that the appeal by Robert Williams would be dismissed unless any party filed a response by September 14, 2018, showing meritorious grounds for continuing the appeal. No response has been received.

The appeal by Robert Williams is **DISMISSED**. The appeal by Patricia Devers remains pending.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown